UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
2010 OCT -6  P 1:48
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

JOANN COOPER, individually,
and as next friend of D.C.,
    Plaintiff,

v.    Case No. 3:10-cv-695-J-20TEM

JOHN RUTHERFORD, in his official
capacity as Sheriff of the
Consolidated City of Jacksonville
and Duval County, Florida, et al.,
    Defendants.
_____/

CARL COOPER, as parent and natural
guardian of A.C., a minor,
    Plaintiff,

v.    Case No. 3:10-cv-740-J-20MCR

JOHN RUTHERFORD, in his official
capacity as Sheriff of Duval County, et al.,
    Defendants.
_____/

## ORDER

This cause is before this Court on the parties responses to an Order to Show Cause addressing why these two cases should not be consolidated. The parties had no objection to consolidation.

This cause is also before this Court on Defendants' Joint Motion to Stay Discovery and Relief from Case Management Reporting Requirements Pending Disposition of Dispositive Motions to Dismiss (Case No. 3:10-cv-695-J-20TEM, Dtk. 11; Case No. 3:10-cv-740-J-20MCR, Dkt. 16).

Accordingly, it is hereby **ORDERED**:

1. These cases are hereby consolidated. All future pleadings should be filed in Cooper v. Rutherford, et al., Case No. 3:10-cv-695-J-20TEM; and

2. The Defendants' Joint Motion to Stay Discovery and Relief from Case Management Reporting

Requirements Pending Disposition of Dispositive Motions to Dismiss (Case No. 3:10-cv-695-J-20TEM, Dtk. 11; Case No. 3:10-cv-740-J-20MCR, Dkt. 16) are **GRANTED**.

**DONE AND ENTERED** at Jacksonville, Florida, this ___ day of October, 2010.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Bryan E. DeMaggio, Esq.
D. Gray Thomas, Esq.
Stephen J. Powell, Esq.
Howard M. Maltz, Esq.
Paul A. Dargjati, Esq.
Jeremy Lasnetski, Esq.
Paul A. Shorstein, Esq.