FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION    2011 OCT 25 PM 4: 12

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

JOANN COOPER, individually,
and as next friend of D.C.,
    Plaintiff,

v.                                                Case No. 3:10-cv-695-J-20TEM

JOHN RUTHERFORD, in his official
capacity as Sheriff of the
Consolidated City of Jacksonville
and Duval County, Florida, et al.,
    Defendants.
_____/

## ORDER

This cause is before this Court on Defendants' Joint Motion to Stay Proceedings (Dkt. 38) and Plaintiff's response thereto (Dkt. 41). An interlocutory appeal has been taken concerning this Court's Order (Dkt. 36) denying Defendant Black's motion to dismiss. In this motion, Defendant Black and Defendant Rutherford jointly seek a stay on all proceedings pending the outcome of that appeal. Plaintiff does not object to this Court granting Defendants' motion with respect to the scheduling of the trial and trial related deadlines, but request that she be permitted to proceed with discovery.

Accordingly, it is hereby **ORDERED**:

1. Defendants' Joint Motion to Stay Proceedings (Dkt. 38) is **GRANTED in Part** to the extent that this Court will stay the scheduling of the trial and trial related deadlines in this case;

2. The motion is **DENIED in Part** to the extent that Plaintiff is permitted to engage in discovery in this case until August 3, 2012. However, Plaintiff will not be permitted to engage in discovery as to Defendant Black; and

3. The parties are, further, **DIRECTED** to file a Case Management Report within fourteen (14) days of the date that Defendant Black's interlocutory appeal is resolved before the Circuit Court.

**DONE AND ENTERED** at Jacksonville, Florida, this 25 day of October, 2011.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Bryan E. DeMaggio, Esq.
D. Gray Thomas, Esq.
Stephen J. Powell, Esq.
Howard M. Maltz, Esq.
Paul A. Daragjati, Esq.