UNITED STATES COURT OF APPEALS
For the Eleventh Circuit

_____

No. 11-14722
_____

District Court Docket No.
3:10-cv-00695-HES-TEM

JOANN COOPER,
individually and as next friend of D.C.,

        Plaintiff - Appellee,

versus

JOHN RUTHERFORD,
in his official capacity as Sheriff of the
Consolidated City of Jacksonville and
Duval County, Florida, et al.,

        Defendants,

RYAN BLACK,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the
Middle District of Florida
_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: October 12, 2012
For the Court: John Ley, Clerk of Court
By: Jeff R. Patch

Issued as Mandate:
May 8, 2013