UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOANN COOPER, individually,
and as next friend of D.C.,

    Plaintiff,

vs.                                                              Case No.: 3:10-cv-00695-J-20PDB

MIKE WILLIAMS, in his official
capacity as Sheriff of the Consolidated
City of Jacksonville and Duval County,
Florida, et al.,

    Defendant.

---

**PLAINTIFF'S UNOPPOSED FOURTH MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANT SHERIFF WILLIAMS' MOTION FOR SUMMARY
JUDGMENT AND SUPPORTING MEMORANDUM OF LAW**

Plaintiff, Joann Cooper, by and through undersigned counsel and pursuant to Local Rule 3.09, hereby moves this Honorable Court for its Order authorizing an extension of time of one (1) day for Plaintiff to file a response to Defendant Sheriff Williams' Motion for Summary Judgment and Supporting Memorandum of Law. In support thereof, Plaintiff states:

1. On June 28, 2017, Sheriff Mike Williams filed his Motion for Summary Judgment and Supporting Memorandum of Law (Doc. 97).

2. Plaintiff's Response is now due August 14, 2017 (Doc. 106).

3. Undersigned counsel has diligently worked to complete the response in this matter, including working on it this past weekend. However, undersigned counsel needs just a bit more time to complete and finalize the response.

4. Defendant's motion is rather lengthy (30 pages) and raises complex issues of law for which undersigned counsel needs additional time to prepare a proper response.

5. Pursuant to Local Rule 3.01(g), undersigned counsel certifies that he has conferred with Steve Powell, Esquire, counsel for Defendant and is authorized to represent that the Defendant does not oppose the relief requested herein.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to enter its Order granting Plaintiff a one (1) day extension of time to respond to Defendant Sheriff Williams' Motion for Summary Judgment and Supporting Memorandum of Law up to and including Tuesday, August 15, 2017.

## MEMORANDUM OF LAW

Local Rule 3.09(a), Rules for the United States District Court for the Middle District of Florida, provides: "No trial, hearing or other proceeding shall be continued upon stipulation of counsel alone, but a continuance may be allowed by order of the court for good cause shown."

Further, Federal Rule of Civil Procedure 6(b) states that when an act may or must be done within a specified time, the Court may, for good cause, extend the time if a request is made before the original time or its extension expires. In the instant case, this motion and request for an extension of time has been made before the time to respond to Defendant's Motion for Summary Judgment and Supporting Memorandum of Law and demonstrates good cause for the request. This motion is not made for purposes of undue delay, but rather comes at the consent of Defendant. Accordingly, this Court should grant the instant motion.

Respectfully submitted,

*/s/ Matthew R. Kachergus*

Wm. J. Sheppard, Esquire
Florida Bar No.: 109154
Elizabeth L. White, Esquire
Florida Bar No.: 314560
Matthew R. Kachergus, Esquire
Florida Bar No.: 503282
Bryan E. DeMaggio, Esquire
Florida Bar No.: 055712
Jesse B. Wilkison, Esquire
Florida Bar No.: 118505
Camille E. Sheppard, Esquire
Florida Bar No.: 124518
Sheppard, White, Kachergus & DeMaggio, P.A.
215 Washington Street
Jacksonville, Florida 32202
Telephone: (904) 356-9661
Facsimile: (904) 356-9667
Email: sheplaw@att.net
COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished to the following by Electronic Mail, this 14th day of August, 2017.

**Stephen J. Powell, Esquire**
**Chief, Tort-Employment Litigation**
**Office of General Counsel**
**117 West Duval Street**
**Suite 480**
**Jacksonville, Florida 32202**

*/s/ Matthew R. Kachergus*
ATTORNEY

jlp[cooper.joann.extension.msj4]