UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOANN COOPER, individually
and as next friend of D.C.,

    Plaintiff,

vs.                                                Case No.: 3:10-cv-695-J-20PDB

MIKE WILLIAMS, in his official
capacity as Sheriff of the Consolidated
City of Jacksonville and Duval County,
Florida, et al.,

    Defendant.
_____/

**DEFENDANT CITY OF JACKSONVILLE'S
UNOPPOSED MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFF'S RESPONSE
TO CITY'S MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM OF LAW**

    Defendant, SHERIFF WILLIAMS/CITY OF JACKSONVILLE ("the City"), pursuant to Local Rules 3.01(c) and (d), hereby moves for leave to file a reply to Plaintiff's Response to the City's Motion of Summary Judgment [Doc. 109], and in support thereof states:

    1.    Defendant City's Motion for Summary Judgment [Doc. 97] is now pending before the Court.

    2.    Plaintiff filed a response to the City's motion on August 15, 2017. [Doc. 109]

    3.    The City seeks to reply to certain arguments made by the Plaintiff, some of which, in the opinion of the undersigned, are incomplete with respect to the facts and testimony in the record, and some of which were not addressed in the City's motion.

    4.    The City believes that a reply to Plaintiff's response would be helpful to the Court in deciding the issues in this action. The City's reply will not exceed ten (10) pages.

**Certificate of Compliance with Local Rule 3.01(g)**

Undersigned counsel has conferred with Plaintiff's counsel, Matthew R. Kachergus, who has authorized the undersigned to represent that Plaintiff does not object to the relief requested by this motion.

**MEMORANDUM OF LAW**

Local Rule 3.01(c) requires that a party seek and obtain leave of Court prior to filing any reply or further memorandum directed to a motion or a response allowed by Local Rule 3.01(a) or (b).  Further, in general, a district court has broad discretion in managing its docket.  *See Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353, 1366 (11th Cir. 1997).  Defendant City now seeks leave to file a ten-page (or less) reply to Plaintiff's response.

WHEREFORE, Defendant City respectfully requests that this Court grant leave for the City to file a reply of ten pages or less to Plaintiff's Response to the City's Motion for Summary Judgment.

    Respectfully submitted,

    **OFFICE OF GENERAL COUNSEL**
    **CITY OF JACKSONVILLE**

    s/ *Stephen J. Powell*
    **STEPHEN J. POWELL, ESQ.**
    **CHIEF, TORT-EMPLOYMENT LITIGATION**
    Florida Bar No.: 305881
    spowell@coj.net
    117 West Duval Street, Suite 480
    Jacksonville, Florida  32202
    904-630-1847; 904-630-1316 (fax)
    Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of August, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A.

<u>s/ Stephen J. Powell</u>
**STEPHEN J. POWELL, ESQ.**