## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**JOANN COOPER, individually,**
**and as next friend of D.C.,**

      **Plaintiff,**

**vs.**                                    **Case No.: 3:10-cv-00695-J-20PDB**

**MIKE WILLIAMS, in his official**
**capacity as Sheriff of the Consolidated**
**City of Jacksonville and Duval County,**
**Florida, et al.,**

      **Defendant.**

_____

## JOINT MOTION FOR EXTENSION OF TIME TO FILE
## PRE-TRIAL STIPULATION AND MOTIONS IN LIMINE

COME NOW the parties, by and through undersigned counsel, and hereby move this Honorable Court for its Order Extending the Time to File the Pre-Trial Stipulation and Motions in Limine. In support thereof, the parties state:

1. This case is scheduled for trial on January 8, 2018. (Doc. 95). A final Pre-Trial Conference is presently scheduled for November 29, 2017. (Doc. 119).

2. Pursuant to this Court's Case Management and Scheduling Order, the Pre-Trial Stipulation shall be filed five working days before the final Pre-Trial Conference. (Doc. 64). Accordingly, the Pre-Trial Stipulation and Motions in Limine are due on November 22, 2017.

3. Presently pending before the Court is Sheriff Williams' Motion for Summary Judgment. (Doc. 97). Defendant Williams' motion is dispositive of the case.

4. This case entails a tremendous amount of discovery material and a large number of witnesses. There are thousands of pages of documents and dozens of witnesses relevant to the

action. Thus, the preparation of the Pre-Trial Statement entails a tremendous amount of work that, in the event the Court grants Sheriff Williams' Motion for Summary Judgement, will be for naught. Further, the parties are unable to address matters that might expedite a disposition of the case prior to a ruling on Sheriff Williams' motion.

As a result, the parties are seeking an extension of time to file the Pre-Trial Statement and Motions in Limine until after the Court rules on Sheriff Williams' Motion for Summary Judgment. The parties believe that with a January 8, 2018, trial date there exists sufficient time to provide the Court with the information necessary to conduct the trial after the Court rules on Sheriff Williams' motion. The extension requested will promote both legal and judicial economy.

WHEREFORE, the parties respectfully request this Court to enter its Order Extending the Time for Filing the Pre-Trial Stipulation and Motions in Limine until 14 working days after the Court's ruling on Sheriff Williams' Motion for Summary Judgment.

## MEMORANDUM OF LAW

Federal Rule of Civil Procedure 6(b) states that when an act may or must be done within a specified time, the Court may, for good cause, extend the time if the request is made before the original time or its extension expires. *See Fisher vs. Office of the State Attorney 13th Judicial Circuit Florida*, 162 Fed. Appx. 937, 939 (11th Cir. 2006) (finding court has discretion to grant extension of time under Fed.R.Civ.P. 6(b)). In the instant case, this motion and request for an extension of time has been made before the deadline for the filing of the Pre-Trial Stipulation and Motions in Limine. Further, this motion is not made for purposes of undue delay. Accordingly, this Court should grant the instant Motion and extend the deadline for the parties to file the Pre-Trial Stipulation and Motions in Limine.

Respectfully submitted,

/s/ *Matthew R. Kachergus*
Wm. J. Shepard, Esquire
Florida Bar No.:  109154
Elizabeth L. White, Esquire
Florida Bar No.:  314560
Matthew R. Kachergus, Esquire
Florida Bar No.:  503282
Bryan E. DeMaggio, Esquire
Florida Bar No.:  055712
Jesse B. Wilkison, Esquire
Florida Bar No.:  118505
Camille E. Sheppard, Esquire
Florida Bar No.:  124518
Sheppard, White, Kachergus & DeMaggio, P.A.
215 Washington Street
Jacksonville, Florida 32202
Telephone:  (904)356-9661
Facsimile:  (904)356-9667
Email:       sheplaw@att.net
COUNSEL FOR PLAINTIFF


OFFICE OF GENERAL COUNSEL
CITY OF JACKSONVILLE

/s/ *Stephen J. Powell*
STEPHEN J. POWELL, ESQ.
Florida Bar No.: 305881
117 West Duval Street, Suite 480
Jacksonville, Florida 32202
904-630-1847; 904-630-1316 (fax)
spowell@coj.net
ATTORNEYS FOR DEFENDANT

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of November, 2017, I electronically filed the

foregoing with the Clerk of Court by using the CM/ECF system. I further certify that I mailed

the foregoing document and notice of electronic filing by first-class mail to the following non-

CM/ECF participants: N/A.

/s/ *Matthew R. Kachergus*
**MATTHEW R. KACHERGUS, ESQ.**