UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOANN COOPER, individually,
and as next friend of D.C.,

    Plaintiff,

vs.                                                    Case No.: 3:10-cv-00695-J-20PDB

MIKE WILLIAMS, in his official
capacity as Sheriff of the Consolidated
City of Jacksonville and Duval County,
Florida, et al.,

    Defendant.

_____

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that Joann Cooper, Plaintiff in the above-named case, hereby appeals to the Eleventh Circuit Court of Appeals the Order on Summary Judgment, entered by the Court on November 15, 2017 (Doc. 122) and the Judgment entered thereon (Doc. 123).

Respectfully submitted,

*/s/ Matthew R. Kachergus*
Wm. J. Sheppard, Esquire
Florida Bar No.: 109154
Elizabeth L. White, Esquire
Florida Bar No.: 314560
Matthew R. Kachergus, Esquire
Florida Bar No.: 503282
Bryan E. DeMaggio, Esquire
Florida Bar No.: 055712
Jesse B. Wilkison, Esquire
Florida Bar No.: 118505
Camille E. Sheppard, Esquire
Florida Bar No.: 124518
Sheppard, White, Kachergus & DeMaggio, P.A.
215 Washington Street
Jacksonville, Florida 32202
Telephone:   (904) 356-9661
Facsimile:   (904) 356-9667
Email:   sheplaw@att.net
COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to the following by Electronic Mail, this 14th day of December, 2017.

Stephen J. Powell, Esquire
Chief, Tort-Employment Litigation
Office of General Counsel
117 West Duval Street
Suite 480
Jacksonville, Florida 32202

*/s/ Matthew R. Kachergus*
ATTORNEY

md[cooper.joann.notice.appeal]

2